DSD/IAB Case Number S201007200

The paramedics worked quickly to get Mr. Booker moved from the cell to the gurney and then out of the DDC. Once Mr. Booker was removed from the DDC, Nurse Smith-Steed took the oxygen tank back to the exam room and grabbed the emergency bag. She also picked up the items that she had handed the charge nurse that came out of the medical bag that she brought. She did not see anyone clean up cell I-8. She and Deputy Brown then returned to the third floor.

There were deputies in the area of the cell, but Nurse Smith-Steed can not remember who they were. The deputies were involved in calming the inmates that were sitting in the "pit" who were making loud comments as well as moving the inmates in the pit to the other side of the pit away from the incident. One of the inmates was stating that "They're killing him... he needs help." She did not know what the inmate's were talking about because she was not aware of the situation that had led up to the medical emergency.

Nurse Smith-Steed describes the inmate that was making the above comments as sitting in the middle of the pit (see drawing in evidence section). The inmate is described as a black male wearing a black hoodie and sweat pants.

**Ms. Susan Cryer, Denver Sheriff Department, DHMC, Nurse. Interviewed at the Internal Affairs Bureau on October 27, 2010 at approximately 1424 hours.**

Nurse Cryer was interviewed under Garrity with Ms. Radunsky as her representative in reference to the above complaint. The following is a summary of the key points made by Nurse Cryer during the interview.

Nurse Cryer has worked for the Denver Sheriff Department since March of 2010. She has been a nurse since 1993 and has worked primarily in a hospital setting. Prior to the opening of the DDC Nurse Cryer was assigned to PADF.

On July 9, 2010 Nurse Cryer was assigned to intake and was responsible for completing intake screenings of new inmates. It was busy that night and there was a constant stream of inmates. She does not recall there being any other medical emergencies in Intake that night nor does she recall responding to any medical emergency on any other floors in the facility.

Prior to witnessing the use of force incident between Mr. Booker and the deputies Nurse Cryer did not have any other contact with Mr. Booker during her shift. She was not present in the medical office when Nurse George completed Mr. Booker's medical screening. Nurse George did not tell her about her interactions with Mr. Booker during the medical screening processes.

Nurse Cryer heard a noise coming from the "pit" area and went to see if it was a medical issue that she needed to respond to or a custody issue that the deputies would handle. When she got to the pit she saw several deputies restraining an inmate. She does not know the names of the deputies that were involved in the incident, but states one was primarily holding the inmate and the others were trying to place handcuffs on the inmate. She does not recall how the deputy was holding the inmate.



PLAINTIFF'S EXHIBIT 10

33 of 81

Denver.Booker 00038

DSD/IAB Case Number S201007200

Since March of 2010, Nurse Cryer has witnessed approximately three or four use of force incidents. Based on those experiences there was nothing out of the ordinary about this incident when compared to the others. She was not able to see specifically what the inmate was doing and did not hear the inmate say anything. She did hear a deputy call for the use of a Taser, but did not see it used. She does not recall anyone else in the area saying anything during this incident. She does not recall having any conversation with any of the other nursing staff during this incident. When it appeared that the deputies had the inmate restrained she returned to her office. Per policy she knew the deputies would have a nurse check the inmate once it was safe to do so.

After an unknown deputy asked Nurse George to come evaluate Mr. Booker, Nurse Cryer told Nurse George that if she needed any help, to call her. She does not recall what was told to Nurse George about Mr. Booker; however, there was no sense of emergency. If there had been any sense of emergency, she would have responded with Nurse George right away. A short time after Nurse George left the medical office a unknown deputy told her that a second nurse was needed so Nurse Cryer grabbed the emergency response bag (Blue Bag) and the Automated External Defibrillator and responded to the cell. She assumed that since a second nurse had been called for additional supplies and help was needed. Responding with the emergency response bag is standard practice when this type of request for help is made.

When Nurse Cryer arrived at the cell Nurse George was performing chest compressions on Mr. Booker. There were some unknown deputies in the cell, but no inmates. Nurse Cryer did not see any bodily fluids in the cell. She removed the Automated External Defibrillator from the bag and connected it to Mr. Booker. She then took over chest compressions from Nurse George and continued until the paramedics arrived. She does not remember the fire department arriving and stated she was completely focused on chest compressions.

When the paramedics arrived Nurse Cryer moved out of the way in order to allow the paramedics to take over care of Mr. Booker. She believes she was not present when Mr. Booker was placed on the gurney and transferred to the ambulance. She does not recall seeing anyone cleaning up in cell I-8.

**Mr. Lawrence Douglas, Denver Sheriff Department, DHMC, Nurse. Interviewed at the Internal Affairs Bureau on December 2, 2010 at approximately 0941 hours.**

Nurse Douglas was interviewed under Garrity with Ms. Radunsky has his representative in reference to the above complaint. The following is summary of the key points made by Nurse Douglas during the interview.

On July 9, 2010, Nurse Douglas was scheduled to work from 0330 hours until 1600 hours. He is assigned as the psychiatric intake nurse and is responsible for interviewing new book ins and reviewing their psychiatric medications. He also answers psychiatric related "kites" that are submitted by inmates. He is not briefed by anyone from the previous shift normally.

When Nurse Douglas reported for duty on July 9, 2010 he had to retrieve the key to his office from the medical nurse's office in intake. When he entered the medical office in intake Nurse