IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00645-RBJ-KMT

ESTATE OF MARVIN L. BOOKER,
REVEREND B.R. BOOKER, SR., and
ROXEY A. WALTON, as Co-Personal Representatives,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER;
DEPUTY FAUN GOMEZ, individually and in her official capacity;
DEPUTY JAMES GRIMES, individually and in his official capacity;
DEPUTY KYLE SHARP, individually and in his official capacity;
DEPUTY KENNETH ROBINETTE, individually and in his official capacity; and
SERGEANT CARRIE RODRIGUEZ, individually and in her official capacity,
DENVER HEALTH AND HOSPITAL AUTHORITY d/b/a DENVER HEALTH MEDICAL CENTER;
GAIL GEORGE, R.N., individually and in her official capacity; and
SUSAN CRYER, R.N., individually and in her official capacity;

    Defendants.

---

## STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS GAIL GEORGE, R.N. AND SUSAN CRYER, R.N.

---

Plaintiffs and Defendants Gail George, R.N., and Susan Cryer, R.N. by and through their respective counsel, hereby stipulate to the dismissal, with prejudice, of all claims against Defendant Gail George, R.N., and Susan Cryer, R.N. both in their individual and official capacities, and request the court to enter an Order pursuant to Fed.R.Civ.P. 41(a) in the form attached dismissing said claims based upon the filing of this Stipulation.

    DATED this 18th day of February 2013.

KILLMER, LANE & NEWMAN, LLP

s/ Darold W. Killmer

---

Darold W. Killmer
Mari Newman
Lauren L. Fontana
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001

ATTORNEYS FOR PLAINTIFFS

PRYOR JOHNSON CARNEY KARR NIXON, P.C.

s/ Scott S. Nixon

---

Scott S. Nixon
Patrick A. Singer
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
Phone: (303) 874-3406
snixon@pjckn.com
psinger@pjckn.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February 2013, a true and correct copy of the foregoing was filed via ECF and served to the following:

Thomas S. Rice
Sonja S. McKenzie
Eric M. Ziporin
SENTER GOLDFARB & RICE, LLC
1700 Broadway, Suite 1700
Denver, CO 80290
(303) 320-0509
trice@sgrllc.com
smckenzie@sgrllc.com
eziporin@sgrllc.com

Joseph Rivera
Office of the City Attorney, Litigation Section

201 W. Colfax Avenue, Dept. 1108
Denver, CO 80202-5332
(720) 913-3100
Joseph.Rivera@denvergov.org

*Attorneys for all Law Enforcement Defendants*

R. Stephen Hall
BRUNO, COLIN, JEWELL & LOWE, PC
1999 Broadway, Suite 3100
Denver, CO 80204
(303) 831-1099
shall@bcjlpc.com

*Attorneys for Defendant Carrie Rodriguez and
Defendant Faun Gomez in their individual capacities*

David C. Colt
COLT LAW FIRM, PC
501 South Cherry Street, Suite 1060
Denver, CO 80246
(303) 355-1800
davidcolt@coltlawfirm.com

*Attorney for Defendant Kyle Sharp and
Kenneth Robinette in their individual capacities*

Jonathan M. Abramson
KISSINGER & FELLMAN, PC
3773 Cherry Creek North Drive, Suite 900
Denver, CO 80209
jonathan@kandf.com

*Attorney for Defendant James Grimes
in his individual capacity*

Brent Johnson
FAIRFIELD & WOODS P.C.
1700 Lincoln St., Ste. 2400
Denver, CO 80203
(303) 830-2400
bjohnson@fwlaw.com

Scott S. Nixon
Patrick A. Singer
PRYOR JOHNSON CARNEY KARR NIXON, P.C.
5619 DTC Parkway, Suite 1200

Greenwood Village, CO 80111
Phone: (303) 874-3406
snixon@pjckn.com
psinger@pjckn.com

*Attorneys for the Medical Defendants*

                                                  KILLMER, LANE & NEWMAN, LLP

                                                  *s/ Jesse Askeland*

                                                  _____

                                                  Jesse Askeland