# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00645-RBJ-KMT

ESTATE OF MARVIN L. BOOKER,
REVEREND B.R. BOOKER, SR., and
ROXEY A. WALTON, as Co-Personal Representatives,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER;
DEPUTY FAUN GOMEZ, individually and in her official capacity;
DEPUTY JAMES GRIMES, individually and in his official capacity;
DEPUTY KYLE SHARP, individually and in his official capacity;
DEPUTY KENNETH ROBINETTE, individually and in his official capacity; and
SERGEANT CARRIE RODRIGUEZ, individually and in her official capacity,

    Defendants.

---

## ORDER

---

    This matter is before the Court pursuant to the Stipulated Motion to Amend Protective Order. The Court, being fully advised in the premises and for good cause shown, hereby:

    GRANTS the parties' Motion. IT IS ORDERED that the Protective Order [Doc. 47] is hereby amended to provide that any party to this action may disclose to the Federal Bureau of Investigation or the Department of Justice any document or other material designated as "confidential" under the Protective Order.

    DATED this 3rd day of April, 2013.

                                    BY THE COURT:

                                      _____
                                      R. Brooke Jackson
                                      United States District Judge