IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 11-cv-00645-RBJ-KMT | Date:  August 1, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| ESTATE OF MARVIN L. BOOKER | *Darold W. Killmer* |
| B.R. BOOKER, SR. | *Darren M. Jankord* |
| ROXEY A. WALTON | *Michael P. Fairhurst* |
| **Plaintiff(s)** | |
| **v.** | |
| CITY AND COUNTY OF DENVER | *Thomas S. Rice* |
| | *Eric M. Ziporin* |
| FAUN GOMEZ | *Andrew D. Ringel* |
| JAMES GRIMES | *Jonathan M. Abramson* |
| KENNETH ROBINETTE | *David C. Colt* |
| CARRIE RODRIGUEZ | *R. Stephen Hall* |
| KYLE SHARP | |
| **Defendant(s)** | |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

Court in Session:  2:29 p.m.

Appearance of counsel.

Discussion held on pending Motions in Limine.

**ORDERED:   [229] Defendant's Motion in Limine is:**

- ▪ **GRANTED as to subsequent remedial measures ,family lack of access to video while investigation occurring, and death of B.R. Booker, Sr.**

- **Ruling RESERVED as to peer support privilege, character evidence re: Faun Gomez, pain and suffering damages before death, loss of consortium and emotional distress of family members, Social Security SSI benefits.**

- **GRANTED IN PART as to character evidence re: Booker.**

**[230] Plaintiff's Motion to Prohibit Discriminatory Exercise of Peremptory/Cause Challenges Based on Prohibited Factors is DENIED as MOOT.**

**[232] Motion in Limine Prohibit the Introduction of Any Evidence of Mr. Booker's Felony Convictions at Trial is GRANTED.**

Discussion held on juror questionnaire.

Jury instructions reviewed and ruled upon, as stated on the record.  Defense counsel to submit revised jury instructions, as outlined at the Trial Preparation Conference, to chambers within two weeks.

Discussion held on trial procedures, final witness lists, witness timing, trial schedule, testimony via video conference, video evidence and deposition objections.

**ORDERED:   Parties are to exchange and file final witness lists two weeks prior to trial.**

**Parties are to submit a hard copy of the deposition transcript with objections highlighted and the reasons why to chambers.**

Court in Recess:  5:06 p.m.                Hearing concluded.                Total time in Court:  02:37