IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00645-RBJ-KMT

ESTATE OF MARVIN L. BOOKER, and
ROXEY A. WALTON, as Personal Representative,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER;
DEPUTY FAUN GOMEZ, individually and in her official capacity;
DEPUTY JAMES GRIMES, individually and in his official capacity;
DEPUTY KYLE SHARP, individually and in his official capacity;
DEPUTY KENNETH ROBINETTE, individually and in his official capacity;
SERGEANT CARRIE RODRIGUEZ, individually and in her official capacity;

    Defendants.

---

### STIPULATIONS REGARDING MUNICIPAL LIABILITY
---

    Plaintiffs, **ESTATE OF MARVIN L. BOOKER** and **ROXEY A. WALTON,** by their attorneys **KILLMER, LANE & NEWMAN**, Defendants, **CITY AND COUNTY OF DENVER**, **JAMES GRIMES**, **KYLE SHARP**, **KENNETH ROBINETTE** and **CARRIE RODRIGUEZ** by their attorneys, **SENTER GOLDFARB & RICE, L.L.C.**, and **FAUN GOMEZ**, by her attorneys, **HALL & EVANS, L.L.C.**, stipulate to the following:

    1.    The parties stipulate that the individual defendants' conduct in each of their interactions with Mr. Booker on July 9, 2010 were consistent with and pursuant to the customs, policies and practices of the City and County of Denver.

2.    The parties stipulate that a finding of liability on any of plaintiffs' Section 1983 claims against any one or more of the individual defendants constitutes a finding of liability against Defendant Denver under the circumstances of this case except that this stipulation does not apply to any liability for punitive damages.

3.    The parties stipulate that each of the individual deputies' actions taken regarding Mr. Booker on July 9, 2010 were consistent with and pursuant to the supervision provided by defendant Sergeant Rodriguez and pursuant to the policies and practices of Defendant Denver.

4.    The parties stipulate that defendant Sergeant Rodriguez's supervision of the other individual defendants during the interaction with Mr. booker were consistent with and pursuant to the custom, policy and practice regarding supervision at the Denver Sheriff's Department in July 2010.

Dated this 9th day of September, 2014


By  s/ Darold W. Killmer
**Darold W. Killmer**
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 571-1000
E-mail: dkillmer@kln-law.com
*Attorneys for Plaintiffs*


| By  s/ Thomas S. Rice | By  s/ Andrew D. Ringel |
|---|---|
| **Thomas S. Rice** | **Andrew D. Ringel** |
| Senter Goldfarb & Rice, L.L.C. | Hall & Evans, L.L.C. |
| 1700 Broadway, Suite 1700 | 1001 Seventeenth Street, Suite 300 |
| Denver, Colorado 80290 | Denver, Colorado 80202 |
| Telephone:  (303) 320-0509 | Telephone: (303) 628-3300 |
| Facsimile:   (303) 320-0210 | Facsimile: (303) 628-3368 |
| E-mail: trice@sgrllc.com | E-mail: ringela@hallevans.com |
| *Attorney for Defendants* | *Attorney for Defendant Gomez* |

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of September, 2014, I electronically served a true and exact copy of the above and foregoing **STIPULATIONS REGARDING MUNICIPAL LIABILITY** to the following email addresses:

Darren Jankord
Darold W. Killmer
David Lane
Mari Newman
Michael Fairhurst
Jesse Askeland
Killmer, Lane & Newman, LLP
djankord@kln-law.com
mnewman@kln-law.com
dlane@kln-law.com
dkillmer@kln-law.com
mfairhurst@kln-law.com
jaskeland@kln-law.com

*Attorneys for Plaintiffs*

Douglas Jewell
R. Stephen Hall
Jewell & Hall, LLC
doug@jewell-hall.com
stephen@jewell-hall.com
*Attorney for Defendant Rodriguez, in her individual capacity*

Andrew D. Ringel
Hall & Evans
ringela@hallevans.com
*Attorney for Defendant Gomez, in her official and individual capacity*

Wendy Shea
Office of the City Attorney, Litigation Sec.
Wendy.shea@denvergov.org
*Attorney for Denver Defendants*

Jonathan M. Abramson
Kissinger & Fellman, P.C.
jonathan@kandf.com
*Attorney for Defendant Deputy James Grimes, in his individual capacity*

David C. Colt
Colt Law Firm, P.C.
attorney@coltlawfirm.com
*Attorneys for Defendant Kyle Sharp, in his individual capacity and Kenneth Robinette, in his individual capacity*

       s/ Wendy McCann
    Wendy McCann, Legal Secretary
    E-mail:  wmccann@sgrllc.com

00921159.DOCX