IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:     11-cv-00645-RBJ-KMT | Date:  September 24, 2014 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| ESTATE OF MARVIN L. BOOKER<br>ROXEY A. WALTON<br><br>**Plaintiffs**<br><br>v.<br><br>CITY AND COUNTY OF DENVER<br><br>FAUN GOMEZ<br>JAMES GRIMES<br>KYLE SHARP<br>KENNETH ROBINETTE<br>CARRIE RODRIGUEZ<br><br>**Defendant(s)** | *Darold W. Killmer*<br>*Mari A. Newman*<br>*Darren M. Jankord*<br>*Michael Fairhurst*<br><br><br><br><br>*Thomas S. Rice*<br>*Eric M. Ziporin*<br>*Andrew D. Ringel* |

## COURTROOM MINUTES

**JURY TRIAL DAY THREE**

Court in Session:  8:55 a.m.

Jury not present.

**ORDERED:  [255] Plaintiffs' Motion in Support of the Admission of the Videotaped Interview of John Yedo is DENIED.  Video is not allowed in.**

Discussion held on witness testimony of Patricia Houston and witness scheduling issues.

Jury escorted in.

9:08 a.m.       Continued direct examination of Ms. Gomez by Ms. Newman.
                **Exhibit 97 is admitted for purposes of impeachment only.**

| | |
|---|---|
| **10:31 a.m.** | **Court in recess.** |
| **10:46 a.m.** | **Court in session – jury escorted in.** |

Plaintiffs' witness, Ivar Quezada, called out of order and sworn.

| | |
|---|---|
| 10:49 a.m. | Direct examination of Mr. Quezada by Mr. Killmer. |
| 11:11 a.m. | Cross examination of Mr. Quezada by Mr. Ringel. **Exhibits 35 and D are admitted.** |

Juror questions reviewed.

| | |
|---|---|
| 11:43 p.m. | Juror questions asked of Mr. Quezada by the Court. |

Plaintiffs' witness, Faun Gomez, recalled.

| | |
|---|---|
| 11:44 p.m. | Continued direct examination of Ms. Gomez by Ms. Newman. |
| **11:54 p.m.** | **Court in recess.** |
| **12:59 p.m.** | **Court in session - jury escorted in.** |
| 1:04 p.m. | Continued direct examination of Ms. Gomez by Ms. Newman. |
| 1:22 p.m. | Cross examination of Ms. Gomez by Mr. Ringel. **Exhibit 49 and page 1 of exhibit 82 are admitted.** |
| **2:29 p.m.** | **Court in recess.** |
| **2:45 p.m.** | **Court in session - jury escorted in.** |
| 2:46 p.m. | Continued cross examination of Ms. Gomez by Mr. Ringel. |
| 3:34 p.m. | Redirect examination of Ms. Gomez by Ms. Newman. |

Juror questions reviewed.

Jury excused, to return Friday September 26th at 9:00 a.m.

Discussion held on witness testimony of Patricia Houston.

Court in Recess:  5:15 p.m.          Trial continued.          Total time in Court:  06:44