IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 11-cv-00645-RBJ-KMT | Date: October 1, 2014 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| ESTATE OF MARVIN L. BOOKER<br>ROXEY A. WALTON | Darold W. Killmer<br>Mari A. Newman<br>Darren M. Jankord<br>Michael Fairhurst |
| **Plaintiffs** | |
| v. | |
| CITY AND COUNTY OF DENVER | Thomas S. Rice<br>Eric M. Ziporin |
| FAUN GOMEZ<br>JAMES GRIMES<br>KYLE SHARP<br>KENNETH ROBINETTE<br>CARRIE RODRIGUEZ | Andrew D. Ringel |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY SEVEN**

Court in Session: 8:59 a.m.

Jury escorted in.

9:02 a.m.   Continued direct examination of Ms. Arabalo by Ms. Newman.

9:24 a.m.   Cross examination of Ms. Arabalo by Mr. Ringel.

10:02 a.m.   Redirect examination of Ms. Arabalo by Ms. Newman.

Juror questions reviewed.

10:21 a.m.   Juror questions asked of Ms. Arabalo by the Court.

10:25 a.m.   Additional examination of Ms. Arabalo by Ms. Newman based on juror questions.

**10:26 a.m.   Court in recess.**
**10:45 a.m.   Court in session – jury not present.**

Plaintiffs' counsel addresses concerns of witness Patricia Houston.

Jury escorted in.

Plaintiffs' witness, Deputy Kyle Sharp, called and sworn.

10:49 a.m.   Direct examination of Deputy Sharp by Mr. Killmer.
             **Exhibit D-8 is admitted.**

**12:00 p.m.   Court in recess.**
**1:41 p.m.    Court in session – jury not present.**

Discussion held on damages and testimony of William H. Kaempfer, Ph.D.

Plaintiffs' witness, William H. Kaempfer, Ph.D., called out of order and sworn.

1:47 p.m.   Direct examination of Dr. Kaempfer by Ms. Newman.

1:58 p.m.   Cross examination of Dr. Kaempfer by Mr. Rice.

2:05 p.m.   Redirect examination of Dr. Kaempfer by Ms. Newman.

Plaintiffs' witness, Deputy Kyle Sharp, recalled.

2:07 p.m.   Continued direct examination of Deputy Sharp by Mr. Killmer.
            **Exhibit 40 is admitted.**

**2:59 p.m.   Court in recess.**
**3:13 p.m.   Court in session - jury escorted in.**

3:15 p.m.   Cross examination of Deputy Sharp by Mr. Ziporin.

4:51 p.m.   Redirect examination of Deputy Sharp by Mr. Killmer.

Jury excused, to return tomorrow at 9:00 a.m.

Discussion held on confidentiality issue.

**ORDERED:   [278] Motion for Determination of Confidentiality Designation is GRANTED.  Document discussed is to remain confidential.**

Court in Recess:  5:08 p.m.        Trial continued.        Total time in Court:  05:55