IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00645-RBJ-KMT

ESTATE OF MARVIN L. BOOKER, and
ROXEY A. WALTON, as Personal Representative,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER;
DEPUTY FAUN GOMEZ, individually and in her official capacity;
DEPUTY JAMES GRIMES, individually and in his official capacity;
DEPUTY KYLE SHARP, individually and in his official capacity;
DEPUTY KENNETH ROBINETTE, individually and in his official capacity;
SERGEANT CARRIE RODRIGUEZ, individually and in her official capacity;

    Defendants.

## VERDICT FORM

We, the jury in the above-captioned action, render our verdict in response to the following questions:

<u>CLAIM 1: Excessive Force</u>

Question 1: Did Plaintiff prove, by a preponderance of the evidence, its claim of excessive force as against the following Defendants?

| | | |
|---|---|---|
| Deputy Gomez: | _X_ Yes | ___ No |
| Deputy Grimes: | _X_ Yes | ___ No |
| Deputy Sharp: | _X_ Yes | ___ No |
| Deputy Robinette: | _X_ Yes | ___ No |
| Sergeant Rodriguez: | _X_ Yes | ___ No |

If your answer to this question is "YES" as to Deputy Gomez, Deputy Grimes, Deputy Sharp, Deputy Robinette, and/or Sergeant Rodriguez then you should proceed to answer Question 2 with regard to Failure to Intervene liability of each individual defendant and Question 3 with regard to the supervisory liability of Sergeant Rodriguez. If your answer to this question is "NO" as to Deputies Gomez, Grimes, Sharp, Robinette and Rodriguez, then do not answer the remaining questions but enter your verdict on the last page for the defendants.

### CLAIM 2: Failure to Intervene

Question 2: Did Plaintiff prove, by a preponderance of the evidence, its claim of failure to intervene to prevent excessive force as against the following Defendants?

| Defendant | Yes | No |
|---|---|---|
| Deputy Gomez: | X Yes | ___ No |
| Deputy Grimes: | X Yes | ___ No |
| Deputy Sharp: | X Yes | ___ No |
| Deputy Robinette: | X Yes | ___ No |
| Sergeant Rodriguez: | X Yes | ___ No |

### CLAIM 3: Supervisory Liability

Question 3: Did Plaintiff prove, by a preponderance of the evidence, its claim for supervisory liability against Sergeant Rodriguez?

Sergeant Rodriguez:   X Yes   ___ No

DAMAGES

Question 4: What amount of compensatory damages, if any, does the jury award Plaintiff for each of the following categories?

(1) Funeral and burial expenses, if any: $ 10,000

(2) Pain and suffering, if any: $ 25,000

(3) Loss of earnings, if any: $ 0

(4) Loss of consortium, if any: $ 100,000

(5) Loss of enjoyment of life, if any: $ 15,000

Please do not duplicate damages by awarding the damages in more than one category.

Answer Question 5 only with respect to those Defendants to whom you answered "Yes" in regard to Questions 1, 2, or 3.

Question 5: Does the jury find that any of the following Defendants acted with an evil motive or intent, or reckless or callous indifference to federally protected rights?

| Defendant | | |
|---|---|---|
| Deputy Gomez: | X Yes | ___No |
| Deputy Grimes: | X Yes | ___No |
| Deputy Sharp: | X Yes | ___No |
| Deputy Robinette: | X Yes | ___No |
| Sergeant Rodriguez: | X Yes | ___No |

Answer Question 6 only with regard to those Defendants with respect to whom you have answered "YES" in response to Question 5.

Question 6: What amount, if any, does the jury award as punitive damages against the following Defendants?

| | |
|---|---|
| Deputy Gomez: | $ 1,150,000 |
| Deputy Grimes: | $ 1,150,000 |
| Deputy Sharp: | $ 100,000 |
| Deputy Robinette: | $ 100,000 |
| Sergeant Rodriguez: | $ 2,000,000 |

## CERTIFICATION

By our signatures and answers herein, we have found a verdict in favor of Plaintiff against on ore more Defendants on the claim identified above and this verdict represents a una

JUROR NAMES REDACTED

Dated this 14 day of October, 2014.

By our signatures and answers herein, we have found a verdict in favor of all Defendants on the claims identified above and this verdict represents the unanimous decision of the jury.

_____    _____
Foreperson

_____    _____

_____

Dated this ___ day of October, 2014.