**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00645-RBJ

ESTATE OF MARVIN L. BOOKER
ROXEY A. WALTON,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER
FAUN GOMEZ
JAMES GRIMES
KYLE SHARP
KENNETH ROBINETTE
CARRIE RODRIGUEZ,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict.  It is

    **ORDERED** that judgment is entered on behalf of the plaintiffs, ESTATE OF MARVIN L. BOOKER and ROXEY A. WALTON, and against the defendants as follows:

    **Compensatory damages:**

    (1) Funeral and burial expenses: $10,000.

    (2) Pain and suffering: $25,000.

(4) Loss of consortium: $100,000.

(5) Loss of enjoyment of life: $15,000.

**Punitive damagages:**

| | |
|---|---|
| Deputy Gomez: | $1,150,000. |
| Deputy Grimes: | $1,150,000. |
| Deputy Sharp: | $100,000. |
| Deputy Robinette: | $100,000. |
| Sergeant Rodriguez: | $2,000,000. |

with postjudgment interest at the rate of .10%. It is

FURTHER ORDERED that the plaintiffs are **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that the plaintiffs are granted 30 days to submit their Bill of Costs and Motion for an Award of Attorney's Fees.

Dated at Denver, Colorado this 20th day of October, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J DYNES

J DYNES
Deputy Clerk

APPROVED BY THE COURT:
s/ R. Brooke Jackson
United States District Judge