IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00645-RBJ-KMT

ESTATE OF MARVIN L. BOOKER, and
ROXEY A. WALTON, as Personal Representative,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER;
DEPUTY FAUN GOMEZ, individually and in her official capacity;
DEPUTY JAMES GRIMES, individually and in his official capacity;
DEPUTY KYLE SHARP, individually and in his official capacity;
DEPUTY KENNETH ROBINETTE, individually and in his official capacity; and
SERGEANT CARRIE RODRIGUEZ, individually and in her official capacity,

      Defendants.
_____

## NOTICE OF SETTLEMENT
_____

Plaintiffs, by and through their undersigned counsel of record, hereby provide the Court with Notice that a settlement in this case has been reached as follows:

1. The parties participated in private mediation on November 11, 2014, at which time the parties reached a settlement of all claims. Defendants have agreed to pay to Plaintiffs the amount of $6,000,000 in full satisfaction of the judgment, including costs and attorneys' fees.

2. Plaintiff anticipates filing a stipulation to dismiss this action with prejudice as soon as the parties have resolved all matters pursuant to the terms of the settlement agreement.

3. Several post-trial motions have been filed by the Defendants, including a Motion for Stay of Execution [Doc. 303] and a Motion for a New Trial on Punitive

Damages [Doc. 304]. Plaintiffs have also been granted an extension up to and including December 19, 2014 to file their post-trial motions [Doc. 306]. Plaintiffs hereby notify the Court of the settlement in this matter so that no further resources are required to be spent by the parties or the Court on post-trial motions.

4. The parties contemplate that, pursuant to the settlement agreement, Plaintiff will be able to file a stipulation to dismiss this action with prejudice pursuant to Fed.R.Civ.R. 41(a) on or before January 2, 2015.

DATED this 6th day of December 2014.

       KILLMER, LANE & NEWMAN, LLP

       *s/ Darold W. Killmer*
       _____
       Darold W. Killmer
       Mari Newman
       Michael Fairhurst
       KILLMER, LANE & NEWMAN, LLP
       1543 Champa Street, Suite 400
       Denver, CO 80202
       (303) 571-1000
       dkillmer@kln-law.com
       mnewman@kln-law.com
       mfairhurst@kln-law.com

       *Counsel for Plaintiff*