**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00645-RBJ-KMT

ESTATE OF MARVIN L. BOOKER, and
ROXEY A. WALTON, as Personal Representatives,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER;
DEPUTY FAUN GOMEZ, individually and in her official capacity;
DEPUTY JAMES GRIMES, individually and in his official capacity;
DEPUTY KYLE SHARP, individually and in his official capacity;
DEPUTY KENNETH ROBINETTE, individually and in his official capacity; and
SERGEANT CARRIE RODRIGUEZ, individually and in her official capacity,

    Defendants.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND
NOTICE OF SATISFACTION OF JUDGMENT**

---

Plaintiffs, by and through their attorneys, Darold W. Killmer, Mari Newman, and Michael Fairhurst of KILLMER, LANE & NEWMAN, LLP, and Defendants City and County of Denver, Deputy James Grimes, Deputy Kyle Sharp, Deputy Kenneth Robinette, and Sergeant Carrie Rodriguez, by and through its attorneys, Thomas Rice and Eric Ziporin of SENTER, GOLDFARB & RICE, LLC and Deputy Faun Gomez, by and through her attorney, Andrew Ringel of HALL & EVANS, P.C. (hereinafter "the parties"), hereby stipulate to dismiss this action in its entirety **WITH PREJUDICE**, provide the Court with Notice that the judgment in this matter has been satisfied, and state as follows:

    1.    The parties have resolved all claims in this action.

2. The judgment, entered by the Court on October 20, 2014 [Doc. 302], has been satisfied entirely.

3. Plaintiff agrees to dismiss all claims against Defendants, with prejudice, pursuant to Fed.R.Civ.P. 41(a).

**WHEREFORE**, the parties respectfully request this Court to dismiss this case in its entirety **WITH PREJUDICE** pursuant to Fed.R.Civ.P. 41(a).

Respectfully submitted this 30th day of December 2014.

BY THE PARTIES:

*s/ Darold W. Killmer*
_____
Darold W. Killmer
Mari Newman
Michael Fairhurst
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@kln-law.com
mnewman@kln-law.com
mfairhurst@kln-law.com

*Counsel for Plaintiffs*

*s/ Eric M. Ziporin*
_____
Thomas S. Rice
Eric M. Ziporin
SENTER GOLDFARB & RICE, LLC
1700 Broadway, Suite 1700
Denver, CO 80290
(303) 320-0509
trice@sgrllc.com
eziporin@sgrllc.com

Wendy Shea
Office of the City Attorney, Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, CO 80202-5332
(720) 913-3100
Fax: (720) 913-3182
wendy.shea@denvergov.org

*Attorneys for the City and County of Denver and the officers in the official capacities*

*s/ Andrew Ringel*
_____
Andrew Ringel
HALL & EVANS, L.L.C.
1001 Seventeenth Street, Suite 300
Denver, CO 80202
(303) 628-3300
Fax: (303) 628-3368
ringela@hallevans.com

*Counsel for Defendant Faun Gomez in her individual capacity*

*s/ R. Stephen Hall*

_____
R. Stephen Hall
JEWELL & HALL, LLC
621 17th Street, Suite 915
Denver, CO 80204
(303) 816-8588
(303) 816-8566
stephen@jewell-hall.com

*Attorneys for Defendant Carrie Rodriguez in her individual capacity*

*s/ David C. Colt*

_____
David C. Colt
COLT LAW FIRM, PC
8310 S. Valley Highway, Ste. 300
Denver, CO 80112
(303) 355-1800
davidcolt@coltlawfirm.com

*Attorney for Defendants Kyle Sharp and Kenneth Robinette in their individual capacities*

*s/ Jonathan M. Abramson*

_____
Jonathan M. Abramson
KISSINGER & FELLMAN, PC
3773 Cherry Creek North Drive, Suite 900
Denver, CO 80209
jonathan@kandf.com

*Attorney for Defendant James Grimes in his individual capacity*